**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 592 EAL 2014
                                      :

            Respondent        :

                                      : Petition for Allowance of Appeal from the

                                      : Order of the Superior Court

           v.                        :

                                      :

                                      :

TODD ALLEN,                          :

                                      :

           Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.